*States Fidelity & Guar. Co.*, 44 F. Supp. 723; *Oceanic Steam Navigation Co.* v. *Watkins*, 188 F. 909).

I do not see why a stay should be refused pending the decision of the Supreme Court on the application for a writ of certiorari. Settle order.

CHARLES F. NOYES, Landlord, Respondent, *v.* MAX ROTHFELD, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, December 18, 1947.

*Irving L. Kalish* for respondent.

*Sigmund Moses* for appellant.

Final order affirmed, with $25 costs.

Concur: HAMMER, HOFSTADTER and HECHT, JJ.

CHARLES F. NOYES, Landlord, *v.* MAX ROTHFELD, Tenant, et al., Undertenant.

Municipal Court of the City of New York, Borough of Manhattan, September 5, 1947.